UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      Case No. 19-cr-20112
                                        Hon. Matthew F. Leitman

v.

D4, DAMARIO HORNE-MCCULLOUGH,

    Defendant.

_____/

## ORDER DENYING MOTION TO REVOKE BOND (ECF #54)

For the reasons stated on the record on July 11, 2019, **IT IS HEREBY ORDERED** that the Government's Motion to Revoke Bond is **DENIED**.

**IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: July 11, 2019

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 11, 2019, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764