UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF MICHIGAN



FILED  
FEB 10 2020  
U.S. DISTRICT COURT  
FLINT, MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 19-CR-20112 |
| Plaintiff, | Hon. Matthew F. Leitman |
| v. | United States District Judge |
| D-4 DAMARIO HORNE-MCCULLOUGH, a/k/a RIO, | Hon. Stephanie Dawkins Davis United States Magistrate Judge |
| Defendant. / | |

### FIFTH SUPERSEDING INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
### (18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i))

In or about late January 2019, in the Eastern District of Michigan, DAMARIO HORNE-MCCULOUGH, knowingly possessed a firearm, that is, an American Tactical .556 Caliber OMNI Hybrid model pistol in furtherance of a drug trafficking crime, for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute controlled substances, in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## FORFEITURE ALLEGATION
## (18 U.S.C. § 924(d)(1))

The allegations contained in Count One of the Fifth Superseding Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Count One of the Fifth Superseding Information, DAMARIO HORNE-MCCULLOUGH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense including but not limited to an American Tactical .556 Caliber OMNI Hybrid model pistol bearing serial number NS158188.

Dated: February 10, 2020

MATTHEW SCHNEIDER
United States Attorney

s/CHRISTOPHER W. RAWSTHORNE
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
WI State Bar #1059889
600 Church Street
Flint, Michigan 48502-1280

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>19-CR-20112-4 |
|---|---|---|

F I L E D
FEB 10 2020
U.S. DISTRICT COURT
FLINT, MICHIGAN

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☑ No

Companion Case Number:

Judge Assigned:

AUSA's Initials: CWR

Case Title: USA v. DAMARIO HORNE-MCCULLOUGH a/k/a RIO

County where offense occurred: GENESEE

Check One:   ☑ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: _____]
____Indictment/ X Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: 19-CR-20112-4        Judge: MATTHEW F. LEITMAN

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☑ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i) | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 10, 2020
Date

s/CHRISTOPHER W. RAWSTHORNE
Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
WI BAR# 1059889

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013