UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 19-cr-20112
    Hon. Matthew F. Leitman

D4, DAMARIO HORNE-MCCULLOUGH,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION TO EXTEND SURRENDER DATE (ECF No. 354)

The Court previously imposed a sentence on Defendant Damario Horne-McCullough, and he has been notified of the date by which he is to surrender himself to the Bureau of Prisons to begin serving that sentence. Horne-McCullough has filed a motion to extend his surrender date (ECF No. 354). The Court held a hearing on the motion on March 29, 2021. For the reasons stated on the record during the hearing, the motion is DENIED.

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: March 29, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
